

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|4|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DONALD J. TRUMP, DONALD TRUMP, JR.,  : Civil Action No.: 09-CIV-3664
IVANKA TRUMP, TRUMP MARKS LLC, TRUMP
MARKS BAJA LLC, TRUMP ORGANIZATION, INC. :
and TRUMP ORGANIZATION LLC,              **STIPULATION EXTENDING**
                                       : **TIME TO ANSWER**
                Plaintiffs,
                                       :
        - against -                      (CM)(HBP)
                                       :
JASON GROSFELD, ADAM FISHER and PB
IMPULSORES, S. de R.L. de C.V.,        :

                Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        **IT IS HEREBY STIPULATED** that the undersigned counsel for defendant Adam

Fisher hereby accepts service of the summons and complaint and Rule 7.1 disclosure statement

on behalf of their respective clients and that the time for all defendant to appear and to answer or

to make any motion in relation to the summons and complaint in this action, be and same hereby

is extended, *sine die*, to and including twenty days after receipt of written notice to serve an

answer or otherwise respond to the complaint. The stipulation may be signed in counterparts and

filed without further notice with the Clerk of the Court. In addition, this stipulation may be

executed by electronic or facsimile transmission, which shall be deemed an original.

MICROFILMED
AUG - 5 2009 -12:00 PM

Dated: Garden City, New York
July 16, 2009

JASPAN SCHLESINGER LLP
Attorneys for plaintiffs

By:

STEVEN R. SCHLESINGER
LAUREL R. KRETZING
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

So-ordered:

USDJ

8/4/03

Dated: Los Angeles, California
July 16, 2009

MAYER BROWN LLP
Attorneys for defendant
Adam Fisher

By:

MICHAEL L. CYPERS
350 South Grand Avenue, 25ᵗʰ Floor
Los Angeles, California 90071-1503
(213) 229-5118