UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

DONALD J. TRUMP, DONALD TRUMP, JR., : Civil Action No.: 09-CV-3664
IVANKA TRUMP, TRUMP MARKS LLC, TRUMP
MARKS BAJA LLC, TRUMP ORGANIZATION, INC. :
and TRUMP ORGANIZATION LLC, **NOTICE OF VOLUNTARY**
: **DISMISSAL**
Plaintiffs,
:
- against - (CM)(HBP)
:
JASON GROSFELD, ADAM FISHER and PB
IMPULSORES, S. de R.L. de C.V., :

Defendants. :

:
----------------------------------x

**PLEASE TAKE NOTICE THAT** plaintiffs, Donald J. Trump, Donald J. Trump, Jr., Ivanka Trump, Trump Marks LLC, Trump Marks Baja LLC, Trump Organization, Inc. and Trump Organization, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismiss without prejudice all causes of action in the above-captioned matter against defendants Jason Grosfeld, Adam Fisher and PB Impulsores, S. de R.L. de C.V. (the "defendants"). Said dismissal is filed without prejudice since defendants have not served an answer to the Complaint, dated April 8, 2009.

Dated: Garden City, New York
       March 8, 2012

                                    JASPAN SCHLESINGER LLP
                                    Attorneys for plaintiffs

                                    By: _____
                                    STEVEN R. SCHLESINGER
                                    LAUREL R. KRETZING
                                    300 Garden City Plaza
                                    Garden City, New York 11530

DZS/DR05349v1/M054027/C0136670